## A95A2676. BAXTER et al. v. COHEN.
(484 SE2d 90)

Pope, Presiding Judge.

Our judgment in this case, *Baxter v. Cohen*, 220 Ga. App. 893 (470 SE2d 450) (1996), has been reversed by the Supreme Court on certiorari. *Cohen v. Baxter*, 267 Ga. 422 (479 SE2d 746) (1997). Accordingly, our judgment is vacated, and the judgment of the Supreme Court is made the judgment of this Court. The judgment of the trial court is affirmed.

*Judgment affirmed. Beasley and Ruffin, JJ., concur.*

Decided March 4, 1997.

*Alan Z. Eisenstein, Robert M. Goldberg*, for appellants.

*Sullivan, Hall, Booth & Smith, Henry D. Green, Jr., David V. Johnson*, for appellee.